IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| **RYAN BENSON, individually and on behalf of all similarly situated individuals,** | ) ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | Civil Action No. 11-0688-CG-C |
| **THE BANK OF NEW YORK MELLON, f/k/a THE BANK OF NEW YORK AS TRUSTEE FOR THE CWABS, INC., ASSET BACKED CERTIFICATES, SERIES 2006-6, CORPORATION, et al.,** | ) ) ) ) ) ) ) | |
| Defendants. | ) | |

**ORDER**

The parties having filed a joint stipulation of dismissal, plaintiff's claims against defendants are hereby **DISMISSED WITH PREJUDICE** pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, and the claims of the alleged class are **DISMISSED WITHOUT PREJUDICE**.  Each party shall bear his or its own costs.

**DONE** and **ORDERED** this the 9th day of November, 2012.

/s/  Callie V. S. Granade
UNITED STATES DISTRICT JUDGE